# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Civil Action No. 1:24-cv-1603 (DLF) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Plaintiff respectfully files this Motion for Summary Judgment. For the reasons explained in the memorandum in support, the Court should grant Plaintiff's Motion. A proposed order is attached to this Motion.

Dated: October 3, 2024

Respectfully submitted,

Toni-Ann Citera
(admitted pro hac vice)
Rajeev Muttreja
(admitted pro hac vice)
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*/s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Megan Lacy Owen (D.C. Bar No. 1007688)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, a true and correct copy of the foregoing Motion was filed using the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Brett A. Shumate*
Brett A. Shumate

*Counsel for Plaintiff*