UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>          Defendants. | Civil Action No. 24-1603 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that:

(1)   the parties shall meet and confer regarding the requested contracts;

(2)   the defendants shall promptly identify 25 responsive contracts and complete the pre-disclosure and submitter review processes with respect to each contract;

(3)   on or before <u>Friday, January 23, 2026</u>, the parties shall file a joint status report in which the parties shall reveal any areas of agreement, and the defendants shall provide the following information:

   (a)   the amount of time the agency spent on the search;

   (b)   the amount of time the agency spent on compiling pre-disclosure notices and conducting submitter review;

   (c)   the responses received from the contracting entities regarding confidentiality, including the number of submitters that objected to the release of the contracts, and the number that consented to release or did not respond;

   (d)   the amount of time the agency spent redacting the contracts;

      (e)      the number of contracts the defendants produced to the plaintiff and the number of contracts the defendants withheld; and

      (f)      the reasons the defendants withheld any contracts, including whether the defendants are invoking Exemption 4.

SO ORDERED:

_____  
Date

_____  
DABNEY L. FRIEDRICH  
United States District Judge